Robert A. **COERVER** and Margaret M.
Coerver, Petitioners,

v.

**COMMISSIONER OF INTERNAL
REVENUE.**

No. 13743.

United States Court of Appeals
Third Circuit.

Argued Jan. 25, 1962.

Decided Jan. 30, 1962.

Robert W. Wakefield, Wilmington, Del.
(Foulk, Walker, Miller & Wakefield,
Wilmington, Del., on the brief), for petitioners.

Donald P. Horwitz, Washington, D. C.
(Louis F. Oberdorfer, Asst. Atty. Gen.,
Lee A. Jackson, Robert N. Anderson,
Department of Justice, Washington, D.
C., on the brief), for respondent.

Before KALODNER, STALEY and
SMITH, Circuit Judges.

PER CURIAM.

Upon review of the record we find no
error.

The decision of the Tax Court will
be affirmed, 36 T.C. 252.